JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodney Phillip Walker,<br>    Plaintiff,<br>v.<br>Dennis Paul Block, et al,<br>    Defendants. | SACV 19-02037JVS(ADSx)<br><br>ORDER OF DISMISSAL |

The Court having issued an Order to Show Cause on January 10, 2020 as to why this action should not be dismissed for lack of prosecution, and to date no response having been filed,

IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.

DATED: 2/24/2020

_____
James V. Selna
United States District Judge